The appeal is dismissed for the want of a substantial federal question. *Charles A. Heisell* for appellant. 

No. 216, Misc. MARINGER *v.* SUPREME COURT OF CALIFORNIA; and

No. 219, Misc. ROBERTS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. Motions for leave to file petitions for writs of mandamus denied.

No. 227, Misc. HICKS *v.* JACKSON, WARDEN, ET AL.; and

No. 253, Misc. WORTH *v.* CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 239, Misc. SANDERS *v.* WATERS, WARDEN. Motion for leave to withdraw petition for writ of mandamus granted.

No. 241, Misc., October Term, 1948. RODRIQUEZ *v.* NEW YORK, 335 U. S. 899. Motion for return of the record to petitioner denied.

No. 401. JOHANSEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *William L. Standard* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition. 

No. 414. MANDEL, ADMINISTRATOR, *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman* filed a